

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. PD-1704-07

---

**JAMES FICARRO, Appellant**

**v.**

**THE STATE OF TEXAS**

---

### ON REHEARING OF APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE THIRTEENTH COURT OF APPEALS NUECES COUNTY

---

*Per curiam.*

### O P I N I O N

Appellant was convicted of indecency with a child. The jury assessed his punishment at confinement for ten years, probated for ten years, and a fine of $10,000. The Court of Appeals affirmed the conviction. *Ficarro v. State*, No. 13-03-00439-CR (Tex. App. — Corpus Christi, delivered April 26, 2007). Appellant's petition for discretionary review was dismissed as untimely filed on December 5, 2007. Appellant

has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court. Appellant's motion for rehearing is granted. His petition filed on November 21, 2007, is reinstated as of February 13, 2008 and will be considered in accord with Tex.R.App.P. 68.

Delivered February 13, 2008
Do not publish